IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER RAY BEMAN                                                    PLAINTIFF

v.                              Civil No. 6:18-CV-06057

DEPUTY SHERIFF J. BRINKLEY and JOUSH                                   DEFENDANTS
LINGO

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Compel. (ECF No. 37).

Plaintiff filed his Motion on December 19, 2018. (ECF No. 37). He states Defendants are in violation of the Initial Scheduling Order (ECF No. 31), as he was to receive the discovery documents listed in that Order by November 23, 2018. (ECF No. 37 at 1). Plaintiff alleges he wrote Defendants to inquire about the documents but has not yet received them. (*Id*.)

On December 20, 2018, Defendants filed their response. (ECF No. 38). They state they sent the discovery in question and have not received any notification that it was undeliverable. They further note Plaintiff's numerous address changes. (*Id*.). They state they will resend the discovery to Plaintiff. (*Id*.).

Plaintiff filed another Notice of Address Change on February 12, 2019. (ECF No. 39). To date, the Court has received no communication from Plaintiff that the discovery in question was not received after it was resent.

Accordingly, Plaintiff's Motion to Compel (ECF No. 37) is DENIED as moot.

IT IS SO ORDERED this 25th day of April 2019.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1