IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER RAY BEMAN                                                     PLAINTIFF

v.                              Civil No. 6:18-cv-6057

DEPUTY SHERIFF J. BRINKLEY and
JOUSH LINGO                                                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 30, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). On April 23, 2019, Plaintiff Christopher Ray Beman filed a motion to voluntarily dismiss this case. (ECF No. 41). Judge Bryant recommends that the Court grant that motion and dismiss this case without prejudice.

No party has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 42) *in toto*. Plaintiff's motion to dismiss (ECF No. 41) is hereby **GRANTED**. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge